No. 349. PUBLIC SERVICE COMPANY OF OKLAHOMA *v.* TOWN OF SKIATOOK ET AL. *Per Curiam:* The motion for leave to file motion to dismiss or affirm is granted. The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Harry D. Moreland* for appellant. *John H. Poe* for appellee.